UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Homer Lambrecht and Richard Feidt,

Plaintiffs,

vs.

Fred Haase, individually and as Plan Administrator Fiduciary, and party-in-interest of the Uniscope Data Services, Inc. Employee 401(k) Plan; and Dennis Goodwin, individually and as Fiduciary and party-in-interest of the Uniscope Data Services, Inc. 401(k) Plan,

Defendants,

vs.

Uniscope Data Services, Inc.,

Intervenor-Defendant.

**Court File No. 02-CV-204 (RHK/JMM)**

**STIPULATION AND ORDER**

---

**STIPULATION**

This stipulation is made and entered into by and between all parties to this action (Plaintiffs Homer Lambrecht and Richard Feidt, and Defendants Fred Haase and Dennis Goodwin), and proposed Intervenor-Defendant Uniscope Data Services, Inc. ("Uniscope").

WHEREAS, on or about February 8, 2002, Plaintiffs commenced a lawsuit against Defendants Haase and Goodwin in the United States District Court, District of Minnesota, relating to their former employment with Uniscope, District Court File Number 02-CV-204



APR 2 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(RHK/JMM) (the "Lambrecht Action"); and,

WHEREAS, on or about February 28, 2002, Defendant Fred Haase filed an answer on his behalf to the complaint; and,

WHEREAS, on or about March 10, 2002, Defendant Dennis Goodwin filed an answer on his behalf to the complaint; and,

WHEREAS, on or about February 28, 2002, Uniscope filed a Notice of Motion To Intervene in the Lambrecht action as a party defendant, pursuant to Federal Rule of Civil Procedure 24(a), and subsequently scheduled a hearing for its motion to be held on April 15, 2002; and,

WHEREAS, the parties have, by and through their respective attorneys, agreed to stipulate to the intervention of Uniscope as a party defendant pursuant to Federal Rule of Civil Procedure 24(a);

NOW, THEREFORE, the parties and Uniscope stipulate that:

1. There is no objection to the intervention of Uniscope to this action as a party-defendant.

2. Uniscope will answer the original complaint as if Uniscope had initially been named as a party defendant. The proposed Answer and Counterclaims of Intervenor Defendant Uniscope Data Services, Inc. is attached hereto as Exhibit A.

3. Upon approval of this stipulation by the Court, the Plaintiffs shall have twenty (20) days to serve ~~an answer and crossclaims, if any, upon~~ a response to the counterclaims of them Intervenor Defendant Uniscope.

**SO STIPULATED.**

Dated: April 8, 2002

**BONNER & BORHART LLP**

By________________________________
John F. Bonner, III, (#09726)
Robert J. Borhart (#248460)
1500 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-3205
Telephone: (612) 313-0711
***Attorneys for Defendant Fred Haase and Intervenor Defendant Uniscope Data Services, Inc.***

Dated: April 8, 2002

**LAW OFFICES OF WILLIAM STARR**

By________________________________
William Starr (#104504)
Charles A. Beckjord (#186703)
208 Grain Exchange Building
400 South Fourth Street
Minneapolis, MN 55415
Telephone: (612) 339-3911
***Attorneys for Homer Lambrecht and Richard Feidt***

Dated: April ~~8~~ 16, 2002

**ANTHONY OSTLUND & BAER, P.A.**

By________________________________
Mary L. Knoblauch (#159645)
Joel E. Hunter (#030945)
90 South Seventh Street
Suite 3600
Minneapolis, MN 55402
Telephone: (612) 349-6969
***Attorneys for Defendant Dennis Goodwin***

**ORDER**

Based upon the foregoing stipulation amongst the parties, and good cause having been shown, it is hereby ordered that:

1. Uniscope Data Services, Inc. is permitted to intervene in this lawsuit as a party-defendant pursuant to Federal Rule of Civil Procedure 24(a). Uniscope shall file the original Answer and Counterclaims of Intervenor Defendant Uniscope Data Services, Inc., attached hereto as Exhibit A, forthwith.

2. Plaintiffs shall serve and file their ~~answer~~ response to the Uniscope counterclaims~~, along with any applicable crossclaims,~~ within 20 days of the date of this Order.

**SO ORDERED.**

Dated: April 19, 2002

The Honorable Magistrate Judge
John M. Mason

60454