**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Court File No. 02-CV-204 (RHK/JMM)

Homer Lambrecht and
Richard Feidt,

Plaintiffs,

vs.

Fred Haase, individually and as Plan Administrator, Fiduciary, and party-in-interest of the Uniscope Data Services, Inc. Employee 401(k) Plan; Dennis Goodwin, individually and as Fiduciary and party-in-interest of the Uniscope Data Services, Inc. 401(k) Plan; and Uniscope Data Services, Inc.,

Defendants.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above-captioned action, through the undersigned attorneys of record, that plaintiffs' claims against Dennis Goodwin in the above-captioned action may be and hereby are dismissed in their entirety, with prejudice and without costs or disbursements to any party with respect to plaintiffs' claims against Dennis Goodwin.

LAW OFFICES OF WILLIAM STARR

Dated: May 10, 2002

By: ______________________
William Starr (#104504)
Charles A. Beckjord (#186703)
208 Grain Exchange Building
400 South Fourth Street
Minneapolis, MN 55415-1400
(612) 339-3911

ATTORNEYS FOR PLAINTIFFS HOMER LAMBRECHT AND RICHARD FEIDT

FILED JUN 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: May 15, 2002

BONNER & BORHART, LLP

By: ____________________
John F. Bonner, III (#09726)
Robert J. Borhart (#248460)
1500 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
(612) 313-0711

ATTORNEYS FOR DEFENDANT FRED HAASE

Dated: May 15, 2002

ANTHONY OSTLUND & BAER, P.A.

By: ____________________
Mary L. Knoblauch (#159645)
Joel E. Hunter (#030945X)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 349-6969

ATTORNEYS FOR DEFENDANT DENNIS GOODWIN

**ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that plaintiffs' claims against Dennis Goodwin in the above-captioned action be and hereby are dismissed with prejudice and without costs and disbursements to any party with respect to plaintiffs' claims against Dennis Goodwin.

Dated: 6/14/, 2002

BY THE COURT:

____________________
Honorable Richard H. Kyle
United States District Court Judge

*Featured Speakers Include:*

**District of Minnesota**

**Judge David S. Doty**

**Judge Donovan W. Frank**

**Judge Paul A. Magnuson**

**Judge Ann D. Montgomery**

**Judge John R. Tunheim**

**Chief Magistrate Judge Jonathan Lebedoff**

**Magistrate Judge Arthur J. Boylan**

**United States Bankruptcy Court**

**District of Minnesota**

**Judge Robert J. Kressel**

**Application Pending for 7.5 CLE Credits including 2 Ethics and 1 Bias Credit**

**The Minnesota Chapter of the Federal Bar Association**

c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT ORGANIZATION
U.S. POSTAGE
**PAID**
Minneapolis, MN
Permit No. 2657

**MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION**

In connection with
The Federal Judiciary

# *28th Annual Federal Court Practice Seminar*

**June 19, 2002**
**8:00 am—5:15 pm**

**Minneapolis Convention Center**
**1301 Second Avenue South**
**Room 208**
**Minneapolis, MN 55402**
**(612) 335-6000**

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** ***Judge Ann D. Montgomery*** |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| 9:00-9:45 | **Current Issues in Employment Law,** ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office);*** **Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

## *Seminar Registration*

☐ Member $195.00

☐ Non-Member $225.00

Name ____________________

Frm/Employer ____________________

Address ____________________

____________________

Phone ____________________

E-Mail ____________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building