UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HOMER LAMBRECHT,

Plaintiff,

vs

CV 02-204 RHK/AJB

FRED HAASE, individually and as Plan Administrator, Fiduciary, and party-in-interest of the Uniscope Data Services, Inc., Employee 401(k) Plan et al

Defendants.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: May 15, 2003.

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

FILED MAY 15 2003
RICHARD D. SLETTEN, CLERK

JUDGEMENT ENTERED

DEPUTY CLERK'S INITIALS