UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HOMER LAMBRECHT, ET AL., Civil No. 02-204 RHK/AJB

Plaintiffs,

v. ORDER

FRED HAASE, ET AL.,

Defendants.

---

WHEREAS, the parties settled this matter on the 15th day of May, 2003, and said agreement was put on the record, and

WHEREAS, the Court following the settlement directed the attorneys to endeavor to reduce their agreement to writing, and

WHEREAS, the Court has been advised by counsel that a disagreement has arisen concerning the terms of the written document,

NOW THEREFORE, IT IS HEREBY ORDERED THAT counsel are to submit to the undersigned no later than 4:30 p.m. on July 23, 2003, their proposed settlement agreement for the Court to review.

Dated: July 15, 2003

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed JUL 15 2003
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

MEMORANDUM

Upon receiving the parties' proposed settlement agreements, the Court will take this matter under advisement without oral argument. The Court has obtained a copy of the transcript of the settlement which was placed on the record on May 15, 2003. The Court will use said transcript to assist it in determining what the terms of the written settlement agreement should be.

The parties may also submit a brief letter explaining their position if they desire.

AJB